IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00050-MP

ASA VAN STRICKLAND,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 32, Motion for Early Termination of Probation by Asa Van Strickland, to which the government filed a response. Doc. 33. The government opposes the request, as does the probation officer assigned to the case. The Court finds that termination of supervised release is not appropriate at this time. Accordingly, the motion is denied.

**DONE AND ORDERED** this  *1st*   day of November, 2006

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge